ELLIOT ENOKI
United States Attorney
District of Hawaii

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR01-00384 DAE |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [21 U.S.C. §§ 841(a)(1) |
| EUGENE MONTE TUPUOLA, (01) | ) | and 846] |
| a/k/a "Monte," | ) | |
| PONO CASTRO, (02) | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about September 10, 2001, in the District of Hawaii, defendants

EUGENE MONTE TUPUOLA, a/k/a "Monte"

and PONO CASTRO

willfully and unlawfully conspired with each other to distribute in excess of 50 grams (to wit, approximately 5 ounces) of crystal methamphetamine ("ice"), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846 and 841(a)(1).

COUNT 2

The Grand Jury further charges that:

On or about September 10, 2001, in the District of Hawaii, defendants

EUGENE MONTE TUPUOLA, a/k/a "Monte"

and PONO CASTRO

each aiding and abetting the other, knowingly and intentionally distributed in excess of 50 grams (to wit, approximately 5 ounces) of crystal methamphetamine ("ice"), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

COUNT 3

The Grand Jury further charges that:

On or about March 21, 2001, in the District of Hawaii, defendant

EUGENE MONTE TUPUOLA, a/k/a "Monte"

knowingly and intentionally distributed in excess of 5 grams (to wit, approximately 27.8 grams) of crystal methamphetamine ("ice"), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: _____19 Sept 01_____, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury


_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
LOUIS A. BRACCO
Assistant U.S. Attorney


UNITED STATES v. TUPUOLA, et al.; Cr. No. _____;
"INDICTMENT"